1  Andrew B. Downs, SBN 111435
   E-mail: andy.downs@bullivant.com
2  Belia-Eugenia R. Bennett, SBN 233254
   E-mail: belia.bennett@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California  94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiff Royal Insurance
   Company Of America
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 | ROYAL INSURANCE COMPANY OF AMERICA, | No. C 05 00012 JCS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| WOODBINE ALASKA FISH COMPANY, | |
| Defendant. | |

18     Plaintiff Royal Indemnity Company, successor to plaintiff Royal Insurance Company of
19 America and defendant and counter-claimant Woodbine Alaska Fish Company stipulate and
20 request that the court dismiss this entire action, including both the complaint and the
21 counterclaim, with prejudice pursuant to Rule 41, F.R.Civ.P., with each party to bear its own
22 costs and attorney's fees.

– 1 –

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - C 05 00012 JCS

1 | DATED: July 7, 2005

2 | BULLIVANT HOUSER BAILEY PC

4 | By **/s/ Andrew B. Downs**
    Andrew B. Downs
5 | Belia-Eugenia R. Bennett

6 | Attorneys for Plaintiff Royal Insurance Company of America

7 | DATED: July 7, 2005

8 | BIRNBERG & ASSOCIATES

11 | By **/s/ Cory A. Birnberg**
    Cory A. Birnberg

12 | Attorneys for Defendant and Counterclaimant Woodbine Alaska Fish Co.

14 | **ORDER**

15 | IT IS SO ORDERED.

16 | DATED: July 11, 2005

18 | /s/ Joseph C. Spero
United States Magistrate Judge

20 | 6058062.1

– 2 –

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - C 05 00012 JCS